IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DAVID JOHNSON,**
    **Plaintiff,**

v.   Case No.: 3:00CV287/RV/smn

**CONTINENTAL CASUALTY COMPANY,**
    **Defendant.**

---

### NOTICE OF REMOVAL

Defendant, Continental Casualty Company ("Continental Casualty") files this Notice of Removal to the United States District Court for the Northern District of Florida, Pensacola Division. Defendant states the following in support of this Notice of Removal:

1. Plaintiff filed a civil action against Defendant in the Circuit Court in and for Santa Rosa County, Case No.: 57-2000-CA-348, on or about May 26, 2000. Plaintiff's complaint was served on Continental Casualty on June 8, 2000. This Notice of Removal is filed in the United States District Court for the Northern District of Florida, Pensacola Division, within the time allowed by law for removal of civil actions. The documents attached hereto as Exhibit "A" constitute all of the process and pleadings served upon defendant in this action to date.

2. This action is removable to this Court pursuant to 28 U.S.C. §§1441(a) & (b), because the claims against the defendant involve exclusive federal remedies available to participants and beneficiaries under ERISA plans pursuant to 29 U.S.C. §1132(a).

3. This Notice of Removal is being filed within thirty (30) days of receipt of the Summons and Complaint in accordance with 28 U.S.C. §1446(b).

1

4.  A true copy of this notice of removal has been filed with the Clerk of the Circuit Court in and for Santa Rosa County, Florida, as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendant prays that said action now pending in the Circuit Court in and for Santa Rosa County, Florida be removed therefrom to the United States District Court for the Northern District of Florida, Pensacola Division.

Dated this 6th day of July, 2000.

TERRY B. BOUTWELL, P.A.
Attorney for Defendant
216 South Tarragona Street
Suite D
P.O. Box 13002
Pensacola, Florida 32591-3002
(850) 434-6399
(850) 434-7806 (fax)
Florida Bar # 371084

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above has been served upon Christopher P. Janes, Esq., 714 N. Spring Street, Pensacola, FL 32501, by hand delivery, this 6th day of July, 2000.

TERRY B BOUTWELL

7797

2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID JOHNSON,
      Plaintiff,

v.   Case No.: 3:00cv287/RV/smn

CONTINENTAL CASUALTY COMPANY,
      Defendant.

## NOTICE OF FILING REMOVAL NOTICE

TO THE ABOVE NAMED PLAINTIFF, DAVID JOHNSON, AND HIS/HER ATTORNEY CHRISTOPHER P JANES.

You are hereby notified that the above named defendant, Continental Casualty Company, has filed in the United States District Court for the Northern District of Florida, Pensacola Division, a Notice of Removal, a copy of which is attached hereto.

TERRY B. BOUTWELL, P.A.
Attorney for Defendant
216 South Tarragona Street
Suite D
P.O. Box 13002
Pensacola, Florida 32591-3002
(850) 434-6399
(850) 434-7806 (fax)
Florida Bar # 371084

Service of a copy of the above Notice and of the attached Notice of Removal mailed this 6th day of July, 2000 to: Christopher P. Janes, Esq., 714 N. Spring Street, Pensacola, FL 32501, Attorney for Plaintiff.

Terry B Boutwell

A copy of the above Notice and of the attached Notice of Removal were filed in the Circuit Court in and for Santa Rosa County, Florida this __ day of July, 2000.

_____
Clerk of the Circuit Court
7796


CT System

**Service of Process Transmittal Form**
Plantation, Florida
06/15/2000
Courier Via Federal Express (2nd Day)

**TO:** Jonathan Kantor
CNA FINANCIAL CORPORATION
CNA Plaza - 43 South
333 South Wabash
Chicago, IL 60685

JUN 19 REC'D

**RE: PROCESS SERVED IN FLORIDA**

**FOR** Continental Casualty Company Domestic State: Il

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| 1. TITLE OF ACTION: | David Johnson, Pltf., vs Continental Casualty Company, Dft. |
| 2. DOCUMENT(S) SERVED: | Notice, Summons, Complaint |
| 3. COURT: | Santa Rosa County Circuit Court, Fl<br>Case Number 00-348 |
| 4. NATURE OF ACTION: | Insurance action; denial/failure/refusal of benefits. |
| 5. ON WHOM PROCESS WAS SERVED: | CT Corporation System, Plantation, Florida |
| 6. DATE AND HOUR OF SERVICE: | By Certified mail on 06/15/2000 with Postmarked Date 06/12/2000 |
| 7. APPEARANCE OR ANSWER DUE: | Within 20 days |
| 8. ATTORNEY(S): | Christopher P. Janes<br>850-438-1220<br>714 N. Spring St.<br>Pensacola, Fl 32501 |
| 9. REMARKS: | Process received by Insurance Commissioner on 06-08-00, and mailed to C T Corporation System on 06-12-00. |

SIGNED CT Corporation System
PER Anne Boutilier /MW
ADDRESS 1200 South Pine Island Road
Plantation, FL 33324
SOP WS 0003023232

Information contained on this transmittal form is recorded for C T Corporation System's record keeping purposes only and to permit quick reference for the recipient. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information that can be obtained from the documents themselves. The recipient is responsible for interpreting the documents and for taking the appropriate action.



THE TREASURER OF THE STATE OF FLORIDA
DEPARTMENT OF INSURANCE

JOHNSON DAVID

PLAINTIFF(S),

VS.

CONTINENTAL CASUALTY COMPANY

DEFENDANT(S).
_____/
SUMMONS, COMPLAINT

CASE #: 57 2000 CA 000348
COURT: CIRCUIT COURT
COUNTY: SANTA ROSA
DOI-SOP#: 00-21869

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HERBY GIVEN of the acceptance or receipt of Service of Process by the Insurance Commissioner and Treasurer, served or delivered to my office by SHERIFF on the 8th day of June, 00, addressed to the Insurance Commissioner (as process agent or agent for the insurer). A copy of said process was mailed by certified mail from this office to:

CONTINENTAL CASUALTY COMPANY
ANNE BOUTILIER
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324

as resident agent for the named insurer according to my records; or mailed to said addressee as an agent or to said insurer at the request of the plaintiff or plaintiff's attorney on the 12th day of June, 00.

*Bill Nelson*
Bill Nelson
Insurance Commissioner and Treasurer

Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

Distribution: Clerk of Court, Defendant, Plaintiff or Plaintiff's Attorney

Plaintiff's Representative:
CHRISTOPHER P. JANES
714 N. SPRING STREET
PENSACOLA FL 32501

LK

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT IN AND FOR
SANTA ROSA COUNTY, FLORIDA

JOHNSON DAVID
plantiff(s)

CIVIL ACTION

vs

CASE NO.:57-2000CA000348

CONTINENTAL CASUALTY COMPANY
defendant(s)

A TRUE COPY

SUMMONS SHERIFF, LEON CO., FLORIDA

THE STATE OF FLORIDA TO ALL AND SINGULAR SHERIFFS OF SAID STATE;

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint or Petition in the above styled cause upon the defendant:
CONTINENTAL CASUALTY COMPANY BY SERVING INSURANCE COMMISSIONER CAPITAL BLDG TALLAHASSEE, FL 32399

Each defendant is hereby required to serve written defenses to said complaint or petition on JANES CHRISTOPHER P       Whose address is
714 N SPRING STREET   PENSACOLA FL  32501
Plaintiff's attorney, within 20 days after service of this summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

WITNESS my hand and the Seal of said Court at Milton, Florida, this day June 1, 2000.

MARY M JOHNSON
CLERK OF CIRCUIT & COUNTY COURTS

BY: _____
Deputy Clerk

IN THE CIRCUIT COURT IN AND FOR
SANTA ROSA COUNTY, FLORIDA

DAVID JOHNSON,

    Plaintiff,

CASE NO.: 2000 - 348

vs.

CONTINENTAL CASUALTY COMPANY,

    Defendant.
_____/

## COMPLAINT

Plaintiff, David Johnson, files this Complaint against Defendant, Continental Casualty Company (hereinafter "Continental"), and says:

1. This is an action for breach of an insuring agreement, resulting in damages to the Plaintiff in excess of the minimum jurisdictional limits of this Court.

2. Plaintiff is a resident of Milton, Santa Rosa County, Florida, and has been at all times material to the allegations of this Complaint.

3. Defendant Continental is an insurance company which provides long-term disability insurance for insureds such as Plaintiff, and is authorized to do and has been doing business in the State of Florida at all times material to the allegations of the Complaint.

4. On or about December 4, 1998, Plaintiff was insured under a long-term disability policy written by Defendant Continental, policy number 0000201027001001.

5. All premiums for the policy were timely paid and coverage was at all times in full force and effect on December 4, 1998.

6. Plaintiff, at all times material to the allegations of this Complaint, complied with all terms and conditions of the policy in order to be entitled to the benefits provided by the policy.

7. Plaintiff was an employee of Winn Dixie from 1957 through August 25, 1997 when Winn Dixie informed Plaintiff he was unable to perform the requirements of his job.

8. On or about July 4, 1996, Plaintiff was injured, when he slipped and fell while attempting to unload pallets of frozen food from a truck. Hell fell on a wet floor landing on his back and hitting his head.

9. Considering Plaintiff's age, education, work experience, and medical restrictions as a result of his injury, he is permanently and totally disabled from work.

10. On June 29, 1999, the Plaintiff was found to be totally disabled by the Social Security Administration. (A copy of the award letter is attached as Exhibit "1")

11. On May 12, 1998, the Plaintiff was found to be permanent and totally disabled by Michael J. DeMarko, Judge of Compensation Claims, District "A" West. (A copy of the Order is attached as Exhibit "2")

12. Plaintiff's policy with Defendant Continental provides, among other things, that Plaintiff shall be deemed disabled, and thereby entitled to disability payments to the extent he is unable to work.

13. In accord with the provision of the policy, after notice and proof of disability from Plaintiff, Defendant Continental began paying monthly disability benefits on or about April 5, 1997.

14. By letter dated November 30, 1998, Defendant Continental informed Plaintiff that it was terminating all benefits beyond December 4, 1998, claiming that Plaintiff is capable of another occupation.

15. On December 7, 1998, Plaintiff requested that Defendant Continental reconsider its decision in light of the opinions of each of his physicians.

16. On March 23, 1999, Defendant Continental denied Plaintiff's request to reinstate benefits.

17. Defendant Continental's decision to terminate benefits is a breach of its insurance policy covering Plaintiff, which breach has caused loss or damage to the Plaintiff in the amount of the benefits to which he is entitled during his continued disability.

18. As a result of Defendant Continental's breach, the Plaintiff has been required to retain the services of an attorney, and is obligated to pay his attorney a reasonable fee for his services in bringing this claim.

19. Plaintiff and Defendant are parties to an insurance contract and pursuant to §627.428 Plaintiff is entitled to a reasonable attorney's fee if he prevails.

WHEREFORE, Plaintiff prays for a judgment of damages against Defendant Continental, and requests the assessment of costs and reasonable attorney's fees, and such other relief as the Court deems appropriate.

Dated this 26th day of May, 2000.

Respectfully submitted,

CHRISTOPHER H. JANES, ESQUIRE
T. Rhett Smith, P.A.
714 N. Spring Street
Pensacola, FL 32501
(850) 438-1220
Florida Bar No.: 0100072
Attorney for Plaintiff

```
Fri Jul  7 15:43:44 2000

   UNITED STATES DISTRICT COURT

   TALLAHASSEE    , FL

Receipt No.   301 11258
Cashier          stephf

Check Number:  1148

DO Code    Div No
 4617        3

Sub Acct Type Tender      Amount
1:510000  N      2         90.00
2:086900  N      2         60.00

Total Amount         $    150.00

CIVIL FILING FEE FOR 3:00CV287


TERRY BOUTWEL, P.A. 434-6399
```